**United States Bankruptcy Court**
**District of New Mexico**

In re    __Hurlburt Construction, LLC, a New Mexico LLC__      Case No. __24-10348-11__
                                                                                 Debtor(s)      Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 5, 2024__                      __/s/ Eric Dick__
                                                                                  **Eric Dick**/**Manager/Member**
                                                                                  Signer/Title

Ally Auto
500 Woodward Ave
Detroit, MI 48226

Dona Ana County Assessor's Office
845 N Motel Blvd.
Las Cruces, NM 88007

Dona Ana County Assessor's Office
845 N Motel Blvd.
Las Cruces, NM 88007

Mayfair Management Ltd. Co.
c/o Mountain States Escrow
P.O. Box 2244
Las Cruces, NM 88004

Internal Revenue Service
Small Business/Self-Employed Division
6200 Jefferson NE, Ste. 100, MS5304
Albuquerque, NM 87109-3434

AG Equipment
(Unknown)

Ahern Rentals, Inc.
c/o The Law Offices of Mark A. Kirkorsky
1119 W. Southern Ave., Suite 200
Mesa, AZ 85210

Akome, Inc.
(Unknown)

Anthony Water & Sanitation District
1155 N. 4th Street
Anthony, NM 88021

Bobcat of El Paso
11179 Rojas Drive
El Paso, TX 79935

Brewer Oil Company
Corporate Headquarters
4888 Loop Central Dr., Ste. 440
Houston, TX 77081

CM Agriculture Marketing
(Unknown)

CMC Construction
(Unknown)

Denise Valverde
1274 Willow
Las Cruces, NM 88001

DMC Power
623 E. Artesia Blvd.
Carson, CA 90746

Dorado Finance, LTD.
1790 Lee Trevino Drive, Ste. 600
El Paso, TX 79936

EGA Paving
428 Frederick Rd.
El Paso, TX 79905

Equipmentshare.Com, Inc.
2000 E Broadway PMB 124
Columbia, MO 65201

Eric Dick
572 Canyon Point Rd.
Las Cruces, NM 88011

JA Transport
(Unknown)

John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131

Mad Max Hot Oil
(Unknown)

Moongate Water
(Unknown)

Mounce Green
(Unknown)

New Mexico Taxation & Revenue Department
P.O. Box 2527
Santa Fe, NM 87504-2527

NPE
(Unknown)

Ohio Security Insurance Company
c/o Brown & Joseph, LLC
One Pierce Place, Suite 700 W
Itasca, IL 60143

Plan B Trucking
(Unknown)

PNC Equipment Finance, LLC
signee to JCB Finance
655 Business Center Drive, Suite 250
Horsham, PA 19044

PNC Equipment Finance, LLC
signee to JCB Finance
655 Business Center Drive, Suite 250
Horsham, PA 19044

PNC Equipment Finance, LLC
signee to JCB Finance
655 Business Center Drive, Suite 250
Horsham, PA 19044

ProCon
(Unknown)

Prudential Supply
(Unknown)

Ruben Smith
213 W Griggs Avenue
Las Cruces, NM 88005-2608

Sam Lightbourn
c/o Mark T. Davis
1554 Lomaland Drive
El Paso, TX 79935

Spectrum Internet
(Unknown)

Sunbelt Rentals, Inc.
1209 Orange St.
Wilmington, DE 19801

TCS
(Unknown)

Team Health (Noe R.)
(Unknown)

Texas Plumbing
(Unknown)

United Rentals - Corporate
100 First Stamford Place, Ste. 700
Stamford, CT 06902

Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348-5743

Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348-5743

Calvert Meincucci, P.C.
c/o Sean R. Calvert
8804 Washington St., NE, Suite E
Albuquerque, NM 87113

Casey S. Stevenson
ScottHulse PC
201 E. Main St.
El Paso, TX 79999-9123

Daniel Rakes, Attorney at Law
4113 North Pole Loop
Rio Rancho, NM 87144

Elisha A. Gilmore
EquipmentShare.Com, Inc.
Columbia, MO 65201

Hugo Madrid
Madrid Law Firm, PLLC
221 N. Kansas, Suite 1203
El Paso, TX 79901

Jody D. Jenkins
Jenkins & Young, P.C.
P.O. Box 420
Lubbock, TX 79408

The Law Offices of Mark A. Kirkorsky
1119 W. Southern Ave., Suite 200
Mesa, AZ 85210